UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME NERI-SOTO,<br><br>　　　　　　Defendant. | Case No. MJ25-90<br><br>DETENTION ORDER |

Defendant Jaime Neri-Soto is charged with receipt of child pornography, 18 U.S.C. §2252(a)(2), (b)(1), Adam Walsh Act. The Court held a detention hearing on February 25, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Neri-Soto is charged with a crime that involves a minor victim.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Mr. Neri-Soto stipulated to detention at this time.

4. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Neri-Soto as required and the safety of the community.

5. Based on the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Neri-Soto's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Neri-Soto shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Neri-Soto shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Neri-Soto is confined shall deliver Mr. Neri-Soto to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Neri-Soto, to the United States Marshal, and to the United States Pretrial Services Officer.

DETENTION ORDER - 2

1  Dated this 25th day of February, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3